## File Hashes for IP Address 24.0.204.102

**ISP:** Comcast Cable
**Physical Location:** Rutherford, NJ

| Hit Date UTC | File Hash | Title |
|---|---|---|
| 04/26/2014 14:31:17 | 3E1D8C8C67F3C45319A153F68065650466A3EF3F | Tantric Massage |
| 04/12/2014 13:58:51 | E12E1C91E8E64F6521394E742BDC51189B9D1671 | Rendezvous |
| 04/06/2014 13:14:58 | 96AFADB3785BE4D7DBEF1DAD022D1B543503D61B | Floating Emotions |
| 03/22/2014 14:40:02 | 15A157B489E6762547FBEF9A280676E78B53146A | Deep Blue Passion |
| 03/02/2014 19:07:58 | 360103097682162BED6E1AF48A07B84BD0E5B7C6 | I Am In the Mood |
| 02/11/2014 02:07:01 | 6783130400F336221713A58D6DEA9D93212D9F15 | In for the Night |
| 02/11/2014 01:36:51 | EF0BD8E8C31F0B50A7481C2108B0F354A39C368A | It Has Always Been You |
| 01/31/2014 16:30:49 | 29B7F74C41FE5D866E33F2F164810C7274B50307 | A Hot Number |
| 01/11/2014 17:41:14 | 56B890DBF45818C57D350DFCE7A9F33615B24F6E | My Naughty Girl |
| 01/05/2014 14:31:44 | 0FDC4744D319DB3683FBAE57013DD6D38DA73440 | Zeppelin on Fire |
| 01/05/2014 14:24:54 | FC1F40C2E895D3CACFED40024C15B8ADC6A38274 | And Then There Was You |
| 12/31/2013 15:38:35 | 4C8FB3CEF10089626BB2960266674052E174EC2F | Photo Finish |
| 12/24/2013 17:06:20 | 999AB8996B35673D65C5C7BCBB92247155EABCB3 | A Christmas Story |
| 12/24/2013 17:05:10 | DB6178E3AF8E9CEE596BB6EAFA0B74681BCAB83C | No Turning Back Part #1 |
| 12/19/2013 20:52:44 | CC84159BDEB4D02AABE6A192DDD791D377B41859 | Many Shades of Grey |
| 12/19/2013 20:12:50 | 3643D69C7473876CAD796A831EC6685B05D89F89 | Fantasy Come True |
| 12/17/2013 18:11:41 | A9077805A66929F98F4622D28940C637651671B7 | High School Dropouts |
| 12/17/2013 18:09:02 | C393157D27213C5F667CBCCC8A408AD9EE0B4FCF | Truth or Dare |
| 12/17/2013 17:45:22 | 9773E32093A8396CD6F8EF19286BC79EBA909D7D | Pretty Back Door Baby |
| 12/16/2013 21:14:35 | A58945E4FA45A5BA1EE0D0F52E6EADD66E5D14C6 | The Young and the Restless |
| 12/14/2013 15:31:55 | 7BE3CB27EF6B8362B0E02911F5EFE8682A00D6B3 | Made for Each Other |
| 12/14/2013 15:31:14 | 16B8184F15C65499261276FAEF116C075B292F8D | In Charge |

EXHIBIT A

CNJ72

| Hit Date UTC | File Hash | Title |
|---|---|---|
| 12/14/2013 14:44:24 | 9AA08D44AA86CF6E26EF68628568216B087F2F43 | Lovers at Home |
| 12/14/2013 13:54:57 | DDFA609D8C015E81C098CC6EE83BE696E0145B58 | Love at First Sight |
| 12/08/2013 15:01:26 | 15C3E81CBE59CC0E679CE3B76DC4D6750F786077 | Good Night Kiss |
| 12/07/2013 14:28:41 | 1AE2C5738D6957E318E36D366BBE2D7418ABD822 | Ready for Love |
| 11/29/2013 19:59:40 | B2D808E8260CB9D92D0E6A6550A3BE3686A6F9B0 | I Want to Tell You |
| 11/24/2013 13:36:42 | A4DEBB93C24967018B2527AD468421A14F53D99D | Body Language |
| 11/23/2013 15:40:35 | 8D5155A6D4BEE1554558A0DB73143386DB822FB0 | LA Plans |
| 10/26/2013 14:46:31 | 64ADCF0150EAD63FC61B661ADEDEDF06E5752A1C | Bohemian Rhapsody |
| 09/28/2013 13:00:21 | 647C36CAC525B56AA5E0A765A2452D82DE691777 | Almost Famous |
| 09/14/2013 14:42:25 | B828A6C3DBEE3AD95753B7E9A482A1714937AFBD | A Perfect Match |
| 09/11/2013 00:16:13 | 0C4D06B05D86BC16BF4294D08F3DE0FC04122556 | We Love Ourselves |
| 09/11/2013 00:05:52 | 8373AF619CD811248AFE99516087ACF2F9739585 | Spontaneous |
| 09/11/2013 00:04:10 | A5D4830AAE367E3FB6371C30BEE5E226477FB9E4 | This Really Happened |
| 09/11/2013 00:03:20 | 4842644E88162527E5D4D8B101BCE619983190F4 | Raw Passion |
| 09/10/2013 23:44:21 | 9F3BB8FFB46702FBF1716393050782F0AC056575 | Erotic Stretching and Sex |
| 08/26/2013 03:32:07 | D88B4C89C6AF183E648968833DB35747519C31D9 | Sneaking In |
| 08/26/2013 02:39:12 | C7F4FD8BDB9089F077C475001B85D0685398EE20 | I Love James Deen |
| 08/12/2013 13:53:37 | 45D93961A97C6E4C4EA0779523F4E07CD066BAC3 | Model Couple |
| 06/19/2013 00:32:53 | 093082CAB5CB2787F01DAB126C6BADEBCFEF6DC1 | Carmen Leila Christmas Vacation |
| 06/15/2013 15:00:38 | CD4DA2C56C0E981709CE713B82737E015698CF58 | Play Me |
| 06/12/2013 00:09:12 | E52F3EF3AE1909D8846DDA073D524E5EC7519895 | Mad Passion |
| 06/12/2013 00:05:50 | 6D294471F6134D1DC8521AC5960DCD850CECD20A | Seeing Double |
| 06/07/2013 17:36:02 | F71F475FF6808D1C56053E506C04E020546B686C | Slow Motion |
| 05/30/2013 21:18:19 | FB135289FB3034B07A4D8721535BBF3425A9A814 | Snow White and the Prince |
| 05/30/2013 21:16:59 | 55E810A9347523E7F5AFBF5081054E4AFE911479 | Marry Me |

EXHIBIT A

CNJ72

| Hit Date UTC | File Hash | Title |
| --- | --- | --- |
| 04/19/2013 13:21:40 | CB223B90816AE0CA2904F32DD9643686FD4D15EF | Fashion Models |
| 04/14/2013 13:20:39 | 19F75E1BFEE7616DB98F7C8195B5D2E70A8B2B6E | Bottoms Up |
| 03/16/2013 14:43:22 | 201D116E4E377796C084F4A028F0E085E1A73E16 | Late for Work |
| 02/17/2013 14:05:29 | E6493B206BC5A39991A7B91392D512DAEE3D4907 | Apartment in Madrid |
| 01/22/2013 19:11:42 | 175038DDF35DFCC6AA4A3B3EE23CF3255316CDA8 | Yoga Master and Student |
| 01/08/2013 00:09:07 | C527F2A1A02D1E95207E9341B304D9D4B74F5AC3 | Spur Of The Moment |
| 12/31/2012 14:12:29 | 6FB79AF9166C80D39FE01ED6EDBEC52C754B1545 | Together Again |
| 12/31/2012 14:12:09 | 1DE47A6BEBCE22D4BFE584DBEA497FCD2B235865 | Naughty and Nice |
| 12/22/2012 17:26:39 | 5FFAB81D1428F1E747AC596DC6749811D50AF9E0 | Starting Over |
| 10/17/2012 19:09:07 | C4A3171BB982EA4F8E6846D96B9A4E9D48D6A679 | Red Hot |
| 10/17/2012 19:07:07 | 8D5318360717539FB2826831EFC4AC7B050ACBE4 | Dangerous Game |
| 09/29/2012 20:09:44 | B99C50D1E0CFDB65211D407502CE7ABF4C984568 | This Side of Paradise |
| 09/29/2012 18:55:33 | F7F3D256F23771D0AF985F28EB99B14553ED4960 | Farewell |
| 09/29/2012 14:53:20 | 5D078FC4F665E7B3E7D80C47845956542379750F | Transcendence |

**Total Statutory Claims Against Defendant: 61**

EXHIBIT A

CNJ72